RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

JAMES BEEHLER

Debtor(s)

Case No: 18-90164

D.C. No.: RDG-3

CHAPTER 13
CERTIFICATE OF SERVICE

    I am employed in the County of Stanislaus, am over the age of eighteen years and am not a party to the within cause of action. My business address is PO Box 3051 Modesto, California 95353-3051.

    On September 7, 2018, I served the DECLARATION RE DISMISSAL UNDER CONDITIONAL ORDER AND ORDER DISMISSING CASE on the following interested parties by placing a true copy thereof in a sealed envelope with first class postage thereon fully prepaid with the Trustee's mail room personnel for mailing in the United States mail at Modesto, California in accordance with the Trustee's ordinary practices, addressed as set forth below:

| | |
|---|---|
| JAMES BEEHLER<br>2408 MOUNTAIN PRIDE CT.<br>MODESTO, CA 95355 | THOMAS O GILLIS<br>1006 H STREET STE 1<br>MODESTO, CA 95354 |

```
UNITED STATES TRUSTEE
(not mailed, service waived by the United States Trustee with respect to
documents filed and served by the Chapter 13 Standing Trustee)
```

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 7, 2018, at Modesto, California.

/s/ Leticia Macias
_____
Leticia Macias